UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCAS ALLEN FUSSELL,<br><br>**Defendant.** | Case No. 24-CR-345 (RC) |

### STATEMENT OF OFFENSE IN SUPPORT OF
### DEFENDANT LUCAS ALLEN FUSSEL'S PLEA OF GUILTY

Defendant Lucas Allen Fussell, by and through his undersigned counsel, respectfully submits this Statement of Offense in Support of His Plea of Guilty to Counts One and Two of the July 30, 2024, Indictment (ECF No. 9), each of which charge him with distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1).

The following factual proffer is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure.

### Factual Proffer

On June 2, 2024, using a silver google cell phone, I used Session, an end-to-end encrypted mobile messaging application, to contact an account ("Session Account–1") that belonged to another adult man ("Individual-1") with whom I had previously corresponded on Session and also met in person at my home in Onley, Virginia. At all relevant times, my username on Session was "atozed8dezota." I have since learned that the Federal Bureau of Investigation (FBI) had come into possession of Individual-1's cellphone. I now know that when I messaged Session Account–1 on June 2, 2024, it was being operated by an FBI Online Covert Employee (OCE), who was in Washington, D.C.

On June 17, 2024, Session Account–1 responded and asked for child pornography. On June 22, 2024, believing that I was still talking with Individual-1, I sent Session Account–1 six (6) media files that I knew to be visual depictions of minor boys engaged in sexual acts. Along with the media files, I sent Session Account–1 a message in which I wrote, "Cool. Send me some of you perving to it." Below is a description of the media files I sent:

1. An image depicting a completely nude minor boy on a bedroom floor with his scrotum exposed;

2. An image depicting a minor boy with what appears to be semen on his buttocks;

3. An image depicting a completely nude prepubescent boy and a completely nude adult male laying on a bed and touching each other's erect penises;

4. An image depicting a completely nude minor boy straddling a completely nude adult male's lap;

5. A 44-second video file depicting two nude prepubescent boys performing oral sex on an adult male's erect penis; and

6. A 29-second video file depicting a prepubescent boy performing oral sex on an adult male's erect penis.

On June 30, 2024, I sent Session Account–1 three (3) additional media files that I knew depicted prepubescent minor boys being raped by adult men. Below is a description of the media files I sent:

1. A 2-minute-and-17 second video depicting a completely nude prepubescent boy performing oral sex upon, and being anally penetrated by, an adult male's erect penis;

2. A 48-second video depicting a completely nude toddler boy being anally penetrated by an adult male's erect penis;

3. A 2-minute-and-10-second video depicting a prepubescent boy being anally penetrated by an adult male's erect penis.

When I sent Session Account–1 the above-described media files on June 22, 2024, and June 30, 2024, I knew that they were visual depictions of minor boys, most of whom were

prepubescent and at least one of whom was a toddler, engaged in "sexually explicit conduct" as that term is defined by Federal law, to include graphic sexual intercourse and lascivious exhibition of their genitals.

I declare under penalty of perjury that the foregoing factual proffer is true and correct.

Executed on this 18 day of December, 2024, in Washington, D.C.

_____
Lucas Allen Fussell
Defendant

## DEFENDANT'S ACCEPTANCE

I, Lucas Allen Fussell, have read every page of this Statement of Offense and have discussed it with my attorney, Elizabeth Mullin, Esq. I agree to it and acknowledge that everything in this statement is true and correct. I do this voluntarily and of my own free will.

Date: 12/18/2024

Lucas Allen Fussell
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read every page of this Statement of Offense, reviewed and discussed it with my client, Lucas Allen Fussell, and have no reason to disagree with my client's admission that the facts set forth therein are true and correct.

Date: 12/18/2024

Elizabeth Mullin, Esq.
Attorney for Defendant Lucas Allen Fussell